UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY LYNN GENCYUZ,

    Plaintiff,                                        Civil Action No. 18-CV-11397

vs.                                                   HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on the report and recommendation ("R&R") of Magistrate Judge Elizabeth A. Stafford, who recommends that the Court deny plaintiff's application for leave to proceed in forma pauperis ("IFP"). Plaintiff has not objected to the R&R and the time for her to do so has expired. The Court has reviewed plaintiff's IFP application and agrees with Magistrate Judge Stafford's recommendation because plaintiff indicates she receives income from rent payments, interest, or dividends but did not disclose the amount. Accordingly,

IT IS ORDERED that Magistrate Judge Stafford's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's IFP application is denied. Within 30 days of the date of this order, plaintiff must either submit a complete IFP application or pay the filing fee. Otherwise, the Court shall dismiss the complaint.

                                                      s/Bernard A. Friedman_____
Dated: May 18, 2018                           BERNARD A. FRIEDMAN
    Detroit, Michigan                     SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 18, 2018, by electronic and/or ordinary mail.

/s/ Teresa McGovern
Deputy Clerk